**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1934**

YURI J. STOYANOV,

Plaintiff - Appellant,

v.

RAY MABUS; JAMES H. KING, Individually and in his Official Capacity as the Head of Code 70; KEVIN M. WILSON, Individually and in his Official Capacity as the Head of Code 74; DAVID L. MAYO, Individually and in his Official Capacity as Head of Code 743; MARK THOMAS, Individually and in his Official Capacity as EEO Chief and Commander of Code 00; DAVID CARON, Individually and in his Official Capacity as Assistant Counsel Code 39,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:08-cv-01834-GLR)

Submitted:  December 18, 2018                    Decided:  December 20, 2018

Before AGEE, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Yuri J. Stoyanov, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yuri J. Stoyanov appeals the district court's order granting Defendants' motion to dismiss his civil claims against them. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stoyanov v. Mabus*, No. 1:08-cv-01834-GLR (D. Md. Nov. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
